

# NUMBER 13-22-00377-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KIRBY OFFSHORE MARINE OPERATING, LLC

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

On August 16, 2022, relator Kirby Offshore Marine Operating, LLC filed a petition for writ of mandamus through which it asserts that the trial court abused its discretion by granting a motion for new trial. The Court requests that the real party in interest, Southern Recycling, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
17th day of August, 2022.